# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| MARIO ALBERTO TORRES, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 2:09-cv-00053-MR and 2:07-cr-00028-MR-1 (2255) |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 26, 2013 Memorandum of Decision and Order.

February 26, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court